Lee v Grimblat (2025 NY Slip Op 01424)

Lee v Grimblat

2025 NY Slip Op 01424

Decided on March 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 13, 2025

Before: Manzanet-Daniels, J.P., Kapnick, Pitt-Burke, Rosado, O'Neill Levy, JJ. 

Index No. 100047/23|Appeal No. 3891|Case No. 2024-02283|

[*1]Lea Lee nÉe Eleonore GroËn Nitzschke, Plaintiff-Appellant,
v
Elisabeth Royer Grimblat et al., Defendants-Respondents.

Lea Lee nÉe Eleonore GroËn Nitzschke, appellant pro se.
Krantz & Berman LLP, New York (Larry H. Krantz of counsel), for Elisabeth Royer Grimblat, Rose Louisa Groen, and Julie Renee Groen, respondents.

Order, Supreme Court, New York County (Lyle E. Frank, J.), entered March 6, 2024, which denied plaintiff's motion for leave to renew pursuant to CPLR 2221(e), or, alternatively, to vacate its prior order pursuant to CPLR 5015(a)(2), (3) and (4), entered June 5, 2023, dismissing the complaint, unanimously affirmed, with costs.
Supreme Court properly denied plaintiff's motion. Plaintiff failed to allege either grounds for vacatur or legitimate new facts to warrant renewal of defendants' motion to dismiss, which was granted by the motion court and affirmed by this Court (see Lee v
Royer Grimblat, 228 AD3d 576 [1st Dept 2024]).
We have considered plaintiff's remaining contentions and find them unavailing. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 13, 2025